UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-CV10695-RGS

NANCY J. NETTO,
Petitioner

V.

LYNN BISSONNETTE
Respondent

BRIEFING ORDER

ALEXANDER, M.J.

The petitioner, Nancy Netto, filed her petition for a writ of habeas corpus on April 7, 2005, and the respondent filed an answer on May 24, 2005. The matter was thereafter referred to this Court for a Report and Recommendation. In order to complete the record, the petitioner is hereby directed to file a brief in support of her petition on or before September 30, 2005, and the respondent is hereby directed to file and serve a brief in opposition to the petition on or before October 28, 2005.

SO ORDERED.

8/18/05
Date

United States Magistrate Judge