UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
NANCY NETTO,                            )
                                        )
            Petitioner,                 )
                                        )
v.                                      )       Civil Action No. 05-10695-RGS
                                        )
LYNN BISSONNETTE,                       )
                                        )
            Respondent.                 )
_____)

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO FILE MEMORANDUM IN OPPOSITION TO
PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, Lynn Bissonnette, through counsel, respectfully moves this Court to enlarge the time in which to file a memorandum in opposition to the habeas corpus petition to November 23, 2005.

As grounds therefor, the respondent's attorney states:

1.  Counsel is managing attorney for the appeals division and has many administrative responsibilities in that capacity.  The chief of the division has been involved in an evidentiary hearing in federal court for the past two weeks and undersigned counsel has had to take on more of her responsibilities during that time, including assigning cases and editing pleadings for the other eight attorneys in the division.

2.  Due to this and the existing caseload which counsel carries, the additional time is necessary to assess the petitioner's four claims and sixty page memorandum and to adequately respond to them pursuant to 28 U.S.C. § 2254.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing

2

a responsive pleading in the above-captioned petition to November 23, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
BBO No. 561669

Dated: October 25, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with Stephen Paul Maidman, counsel for the petitioner, regarding the above motion on October 25, 2005, pursuant to Local Rule 7.1(2), and he assented to the extension of time.

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General