```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
                              )
NANCY NETTO,                  )
       Petitioner,            )
                              )
v.                            )   Civil Action No. 05-10695-RGS
                              )
LYNN BISSONNETTE              )
       Respondent.            )
                              )
_____)
```

PETITIONER'S ASSENTED TO MOTION
FOR LEAVE TO FILE A REPLY TO RESPONDENT'S MEMORANDUM OF LAW

Now comes the Petitioner by and through her undersigned counsel in the above-entitled matter and respectfully moves this Court for leave to submit a reply to the Respondent's Memorandum in Opposition to the Petition for Habeas Corpus. The Petitioner requests permission to file her reply on or before December 30, 2005. As grounds therefor, the Petitioner suggests that the Court may benefit from such a reply and that her reply may help narrow the legal issues in this case.

```
                         NANCY NETTO
                         By her Attorney

                         /s/ Stephen Paul Maidman_____
                         STEPHEN PAUL MAIDMAN, ESQUIRE
                         1145 Main Street, Suite 417
                         Springfield, Massachusetts  01103
                         (413) 731-7300 (Voice & Fax)
                         maidman@prodigy.net
                         BBO #631882
```

<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)</u>

I hereby certify that I conferred with Assistant Attorney General Susanne G. Reardon by electronic mail regarding the above motion and that she assented to this motion.

<pre>
                              /s/ Stephen Paul Maidman
                              STEPHEN PAUL MAIDMAN, ESQUIRE
                              1145 Main Street, Suite 417
                              Springfield, Massachusetts  01103
                              (413) 731-7300 (Voice & Fax)
                              maidman@prodigy.net
                              BBO #631882
</pre>