UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY NETTO,<br><br>      Petitioner,<br><br>v.<br><br>LYNN BISSONNETTE,<br><br>      Respondent. | Civil Action No. 05-10695-RGS |

**JOINT MOTION TO RE-SCHEDULE HEARING**

The petitioner and the respondent hereby jointly request that the Court re-schedule the hearing set for February 8, 2006 at 2:00 P.M. in the above-captioned case. Counsel for both parties are available on the afternoons of February 9 and 10 and any afternoon during the week of February 13, 2006.

Respectfully submitted,

/s/ Stephen Paul Maidman  
Stephen Paul Maidman  
1145 Main Street, Suite 417  
Springfield, MA 01103  
(413) 731-7300  
BBO #631882

/s/ Susanne G. Reardon  
Susanne G. Reardon  
Assistant Attorney General  
Criminal Bureau  
One Ashburton Place  
Boston, Massachusetts 02108  
(617) 727-2200 ext. 2832  
BBO No. 561669

Dated: January 18, 2006