UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NANCY J. NETTO

    V.                        CIVIL ACTION NO. 05-10695-RGS

LYNN BISSONNETTE, SUPERINTENDENT,
MCI, FRAMINGHAM

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                            **JULY 6, 2006**

      THIS COURT HAVING ADOPTED THE REPORT AND RECOMMENDATION OF U. S. MAGISTRATE JUDGE JOYCE LONDON ALEXANDER DATED MAY 31, 2006,

      IT IS HEREBY ORDERED:    THE PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY DISMISSED.

      SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

                **BY:**
                                  **/s/ Mary H. Johnson**
                                      **Deputy Clerk**