```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
_____
                            )
                            )
NANCY J. NETTO,             )
         Petitioner,        )
                            )
v.                          )   Civil Action No. 05-10695-RGS
                            )
LYNN BISSONNETTE            )
         Respondent.        )
                            )
_____)
```

## NOTICE OF APPEAL

Notice is hereby given that Nancy J. Netto, the Petitioner in the above-entitled matter, hereby appeals to the United States Court of Appeals for the First Circuit from (1) the District Court's orders entered on July 5, 2006 and July 6, 2006 adopting United States Magistrate Judge Joyce London Alexander's Report and Recommendation and dismissing her petition for a writ of habeas corpus and (2) from the District Court's implicit denial of her motion for leave to conduct discovery.

                        NANCY J. NETTO

                        By her Attorney

                        /s/ Stephen Paul Maidman_____
                        STEPHEN PAUL MAIDMAN, ESQUIRE
                        1145 Main Street, Suite 417
                        Springfield, Massachusetts  01103-2123
                        (413) 731-7300 (Voice & Fax)
                        maidman@prodigy.net
                        BBO #631882

CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the Electronic Case Filing (ECF) system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There are no non-registered participants requiring paper copies.

/s/ Stephen Paul Maidman
STEPHEN PAUL MAIDMAN, ESQUIRE
1145 Main Street, Suite 417
Springfield, Massachusetts  01103-2123
(413) 731-7300 (Voice & Fax)
maidman@prodigy.net
BBO #631882