UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
                              )
NANCY J. NETTO,               )
        Petitioner,           )
                              )
v.                            )   Civil Action No. 05-10695-RGS
                              )
LYNN BISSONNETTE              )
        Respondent.           )
                              )
_____)
```

MOTION FOR LEAVE
TO PROCEED ON APPEAL IN FORMA PAUPERIS

 Now comes the Petitioner by and through her undersigned counsel in the above-entitled matter pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure and respectfully requests this Court to issue an order granting her leave to proceed on appeal in forma pauperis under the provisions of 28 U.S.C. § 1915.

 The Petitioner's Massachusetts Department of Corrections Inmate Transaction Report for the six-month period from January 13, 2006 to July 13, 2006 is included as an exhibit herewith. This document shows that as of July 13, 2006, the Petitioner had $2.32 in her inmate account.

The Petitioner will submit the applicable Form 4 affidavit and an updated Massachusetts Department of Corrections Inmate Transaction Report when they are available.

    NANCY J. NETTO
    By her Attorney


    /s/ Stephen Paul Maidman_____
    STEPHEN PAUL MAIDMAN, ESQUIRE
    1145 Main Street, Suite 417
    Springfield, Massachusetts  01103-2123
    (413) 731-7300 (Voice & Fax)
    maidman@prodigy.net
    BBO #631882


CERTIFICATE OF SERVICE

I hereby certify that this document and its accompanying exhibit are being filed through the Electronic Case Filing (ECF) system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  There are no non-registered participants requiring paper copies.


    /s/ Stephen Paul Maidman_____
    STEPHEN PAUL MAIDMAN, ESQUIRE
    1145 Main Street, Suite 417
    Springfield, Massachusetts  01103-2123
    (413) 731-7300 (Voice & Fax)
    maidman@prodigy.net
    BBO #631882

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060713 12:21

| | | | | | | Page : 1 |
|---|---|---|---|---|---|---|
| Commit# : | F36398 | | | MCI FRAMINGHAM | | |
| Name : | NETTO, NANCY, J, | | Statement From | 20060113 | | |
| Inst : | MCI FRAMINGHAM | | To | 20060713 | | |
| Block : | LAUREL | | | | | |
| Cell/Bed : | 4/2 | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,197.42 | $3,187.51 | $0.00 | $0.00 |
| 20060118 22:30 | CN - Canteen | 5972310 | | FRA | ~Canteen Date : 20060118 | $0.00 | $8.12 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5988058 | | FRA | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20060125 22:30 | CN - Canteen | 6021338 | | FRA | ~Canteen Date : 20060125 | $0.00 | $1.65 | $0.00 | $0.00 |
| 20060127 10:08 | ML - Mail | 6036160 | 1577 | FRA | ~313 malden st~GRASSESCHI, CINDY, A, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060127 10:08 | MA - Maintenance and Administration | 6036163 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060203 11:10 | ML - Mail | 6072484 | | FRA | ~SKELLY, ALLISON, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060203 11:10 | MA - Maintenance and Administration | 6072486 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060208 09:45 | ML - Mail | 6092579 | | FRA | ~O'SULLIVAN, THOMAS, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20060208 22:30 | CN - Canteen | 6097183 | | FRA | ~Canteen Date : 20060208 | $0.00 | $33.29 | $0.00 | $0.00 |
| 20060215 22:30 | CN - Canteen | 6132991 | | FRA | ~Canteen Date : 20060215 | $0.00 | $12.60 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6149433 | | FRA | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20060223 08:28 | CN - Canteen | 6189548 | | FRA | ~Canteen Date : 20060222 | $0.00 | $2.52 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6220517 | | FRA | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20060308 09:19 | ML - Mail | 6270723 | | FRA | ~alison brett | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060308 09:19 | MA - Maintenance and Administration | 6270725 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060310 10:07 | ML - Mail | 6290012 | | FRA | ~BRETT, SUSAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060313 11:32 | ML - Mail | 6295622 | | FRA | ~marj blaha 111 campbell st new bedford | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060315 22:30 | CN - Canteen | 6312348 | | FRA | ~Canteen Date : 20060315 | $0.00 | $49.01 | $0.00 | $0.00 |
| 20060317 09:35 | ML - Mail | 6326901 | | FRA | ~j dale 335 candlewood park nashua nh 03062 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060322 11:09 | ML - Mail | 6343240 | | FRA | ~O'SULLIVAN, THOMAS, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060322 22:30 | CN - Canteen | 6352069 | | FRA | ~Canteen Date : 20060322 | $0.00 | $37.74 | $0.00 | $0.00 |
| 20060329 22:30 | CN - Canteen | 6378931 | | FRA | ~Canteen Date : 20060329 | $0.00 | $30.49 | $0.00 | $0.00 |
| 20060330 09:22 | ML - Mail | 6386888 | | FRA | ~gerard letellier 38 thornton st newton ma 02458 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060405 22:30 | CN - Canteen | 6418551 | | FRA | ~Canteen Date : 20060405 | $0.00 | $39.36 | $0.00 | $0.00 |
| 20060406 11:48 | IC - Transfer from Inmate to Club A/c | 6429006 | | FRA | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $15.97 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6434643 | | FRA | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20060407 10:07 | IC - Transfer from Inmate to Club A/c | 6451735 | | FRA | ~Sentry headphones~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $8.53 | $0.00 | $0.00 |
| 20060412 22:30 | CN - Canteen | 6472599 | | FRA | ~Canteen Date : 20060412 | $0.00 | $27.97 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : **20060713 12:21**

| | | | | |
|---|---|---|---|---|
| Commit# : | F36398 | | MCI FRAMINGHAM | Page: 2 |
| Name : | NETTO, NANCY, J, | Statement From | 20060113 | |
| Inst : | MCI FRAMINGHAM | To | 20060713 | |
| Block : | LAUREL | | | |
| Cell/Bed : | 4 /2 | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060419 10:02 | ML - Mail | 6503855 | | FRA | ~jean hurt | $31.00 | $0.00 | $0.00 | $0.00 |
| 20060419 10:02 | MA - Maintenance and Administration | 6503857 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060419 22:30 | CN - Canteen | 6507258 | | FRA | ~Canteen Date : 20060419 | $0.00 | $10.20 | $0.00 | $0.00 |
| 20060420 09:21 | ML - Mail | 6516400 | | FRA | ~BRETT, ALISON, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060426 22:30 | CN - Canteen | 6540760 | | FRA | ~Canteen Date : 20060426 | $0.00 | $43.11 | $0.00 | $0.00 |
| 20060503 22:30 | CN - Canteen | 6578474 | | FRA | ~Canteen Date : 20060503 | $0.00 | $6.78 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6595331 | | FRA | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20060515 11:30 | ML - Mail | 6656068 | | FRA | ~meg blaha 111 campbell st new bedford ma 02740 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060515 11:30 | MA - Maintenance and Administration | 6656070 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060517 22:30 | CN - Canteen | 6669762 | | FRA | ~Canteen Date : 20060517 | $0.00 | $24.06 | $0.00 | $0.00 |
| 20060522 10:49 | ML - Mail | 6689413 | | FRA | ~BRETT, ALISON, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060524 22:30 | CN - Canteen | 6702999 | | FRA | ~Canteen Date : 20060524 | $0.00 | $17.46 | $0.00 | $0.00 |
| 20060601 10:04 | ML - Mail | 6743190 | | FRA | ~BRETT, ALISON, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060601 10:04 | MA - Maintenance and Administration | 6743192 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6770285 | | FRA | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20060607 10:02 | ML - Mail | 6787409 | | FRA | ~BLAHA, MARJORIE, , | $35.00 | $0.00 | $0.00 | $0.00 |
| 20060607 22:30 | CN - Canteen | 6791026 | | FRA | ~Canteen Date : 20060607 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20060608 10:19 | ML - Mail | 6800170 | | FRA | ~O'SULLIVAN, THOMAS, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20060614 22:30 | CN - Canteen | 6828627 | | FRA | ~Canteen Date : 20060614 | $0.00 | $48.84 | $0.00 | $0.00 |
| 20060621 22:30 | CN - Canteen | 6863138 | | FRA | ~Canteen Date : 20060621 | $0.00 | $1.15 | $0.00 | $0.00 |
| 20060630 09:23 | VI - Visitation | 6909780 | | FRA | ~BRETT, SUSAN, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060706 22:30 | CN - Canteen | 6946474 | | FRA | ~Canteen Date : 20060706 | $0.00 | $7.77 | $0.00 | $0.00 |
| 20060710 14:39 | ML - Mail | 6955815 | | FRA | ~09795071092~BLAHA, MARJORIE, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060710 14:39 | MA - Maintenance and Administration | 6955817 | | FRA | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6967682 | | FRA | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20060712 22:30 | CN - Canteen | 6987814 | | FRA | ~Canteen Date : 20060712 | $0.00 | $29.00 | $0.00 | $0.00 |
| | | | | | | $466.92 | $474.51 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.32 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060713 12:21

| | | | |
|---|---|---|---|
| Commit# : | F36398 | MCI FRAMINGHAM | Page : 3 |
| Name : | NETTO, NANCY, J, | Statement From  20060113 | |
| Inst : | MCI FRAMINGHAM | To  20060713 | |
| Block : | LAUREL | | |
| Cell/Bed : | 4 / 2 | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |