# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10695

Nancy J. Netto

v.

Lynn Bissonnette

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 15, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/15/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10695-RGS

Netto v. Bissonnette  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/08/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

Nancy J. Netto     represented by **Stephen P. Maidman**  
Stephen P. Maidman, Esq.  
Suite 417  
1145 Main St.  
Springfield, MA 01103  
413-731-7300  
Fax: 413-731-7300  
Email: maidman@prodigy.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

Lynn Bissonnette     represented by **Susanne G. Reardon**  
*Superintendent, MCI - Framingham*     Office of the Attorney General  
One Ashburton Place  
Boston, MA 02108  
617-727-2200  
Fax: 617-727-5755  
Email: susanne.reardon@ago.state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2005 | 🌀 | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 04/12/2005) |

| | | |
|---|---|---|
| 04/07/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 63343, filed by Nancy J. Netto. (Attachments: # 1)(Flaherty, Elaine) (Entered: 04/12/2005) |
| 05/24/2005 | 2 | Judge Richard G. Stearns : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Flaherty, Elaine) (Entered: 05/24/2005) |
| 06/10/2005 | 3 | RESPONSE/ANSWER to *habeas corpus petition* by Lynn Bissonnette. (Reardon, Susanne) (Entered: 06/10/2005) |
| 06/13/2005 | 4 | Supplemental ANSWER to Complaint by Lynn Bissonnette.(Flaherty, Elaine) (Entered: 06/15/2005) |
| 06/23/2005 | | U.S. Postal Service Certified Mail Green Card Numbered P386 655 895 returned signed by J. LaPointe WSO 5/25/05, filed. (Flaherty, Elaine) (Entered: 06/23/2005) |
| 07/26/2005 | 5 | Judge Richard G. Stearns : ORDER entered. REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: R and R on petition for writ of habeas corpus(Flaherty, Elaine) (Entered: 07/27/2005) |
| 08/18/2005 | 6 | Magistrate Judge Joyce London Alexander: BRIEFING ORDER entered. Petitioner to file brief in support of petition on or before 9/30/05. Respondent to file and serve brief in opposition to the petition on or before 10/28/05.(Miner, Valencia) (Entered: 08/18/2005) |
| 09/30/2005 | 7 | MEMORANDUM OF LAW by Nancy J. Netto. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q)(Maidman, Stephen) (Entered: 09/30/2005) |
| 10/25/2005 | 8 | MOTION for Extension of Time to 11/23/05 to File Response/Reply *to habeas corpus petition* by Lynn Bissonnette.(Reardon, Susanne) (Entered: 10/25/2005) |
| 10/26/2005 | | Magistrate Judge Joyce London Alexander : ORDER entered granting 8 Motion for Extension of Time to File Response/Reply. Response to habeas corpus petition due 11/23/05. (Hurley, Virginia) (Entered: 11/01/2005) |
| 11/18/2005 | 9 | MEMORANDUM OF LAW by Lynn Bissonnette. (Reardon, Susanne) (Entered: 11/18/2005) |
| 11/21/2005 | 10 | Further Supplemental ANSWER to Complaint by Lynn Bissonnette, filed (Volumes I, II and III), filed(Flaherty, Elaine) (Entered: 11/22/2005) |
| 11/23/2005 | 11 | Assented to MOTION for Leave to File *A Reply to Respondent's Memorandum of Law* by Nancy J. Netto.(Maidman, Stephen) (Entered: 11/23/2005) |

| | | |
|---|---|---|
| 12/05/2005 | | Magistrate Judge Joyce London Alexander: Electronic ORDER entered granting 11 Petitioner's Assented To Motion for Leave to File a Reply to Respondent's Memorandum of Law. (JLA, int1) (Entered: 12/08/2005) |
| 12/30/2005 | 12 | MEMORANDUM OF LAW by Nancy J. Netto. (Attachments: # 1 Exhibit A)(Maidman, Stephen) (Entered: 12/30/2005) |
| 01/17/2006 | | ELECTRONIC NOTICE of Hearing re: Habeas Petition 1 :Hearing set for 2/8/2006 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 01/18/2006 | 13 | MOTION to Continue Hearing by Lynn Bissonnette.(Reardon, Susanne) (Entered: 01/18/2006) |
| 01/24/2006 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 13 Motion to Continue Hearing: Hearing re: 1 Habeas Petition rescheduled for 2/16/2006 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/24/2006) |
| 02/02/2006 | 14 | Assented to MOTION To Expand Record by Nancy J. Netto. (Attachments: # 1 Exhibit A -- Affidavit of Nancy Netto# 2 Exhibit B -- Affidavit of Attorney J. Drew Segadelli# 3 Exhibit C -- Affidavit of Kenneth R. Moses)(Maidman, Stephen) (Entered: 02/02/2006) |
| 02/02/2006 | 15 | MEMORANDUM in Support re 14 Assented to MOTION To Expand Record filed by Nancy J. Netto. (Maidman, Stephen) (Entered: 02/02/2006) |
| 02/10/2006 | 16 | MOTION For Leave To Conduct Discovery by Nancy J. Netto. (Attachments: # 1 Exhibit A -- Petitioner's Discovery Requests)(Maidman, Stephen) (Entered: 02/10/2006) |
| 02/10/2006 | 17 | MEMORANDUM in Support re 16 MOTION For Leave To Conduct Discovery filed by Nancy J. Netto. (Maidman, Stephen) (Entered: 02/10/2006) |
| 02/14/2006 | | ELECTRONIC NOTICE OF RESCHEDULING:Hearing re: Habeas Petition 1 :Hearing set for 2/21/2006 10:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander.(Lovett, Jarrett) (Entered: 02/14/2006) |
| 02/15/2006 | 18 | Opposition re 16 MOTION For Leave To Conduct Discovery filed by Lynn Bissonnette. (Reardon, Susanne) (Entered: 02/15/2006) |
| 02/21/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Hearing re: 1 28:2254 Petition for Writ of Habeas Corpus (State) held on 2/21/2006: Atty Maidman for the Petitioner, Assistant Attorney General Reardon for the Respondent: Petitioner gives oral argument, Respondent gives oral argument, Court takes matter under advisement. (Digital Recording.) (Lovett, Jarrett) (Entered: 02/21/2006) |

| 05/03/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 14 Motion expand the record (Flaherty, Elaine) (Entered: 05/03/2006) |
|---|---|---|
| 05/31/2006 | 19 | Magistrate Judge Joyce London Alexander : ORDER entered denying 16 MOTION For Leave To Conduct Discovery by Nancy J. Netto (Lovett, Jarrett) (Entered: 06/02/2006) |
| 05/31/2006 | 20 | Magistrate Judge Joyce London Alexander : ORDER entered: REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by Nancy J. Netto, Recommendation: Deny; Objections to R&R due by 6/14/2006(Lovett, Jarrett) (Entered: 06/02/2006) |
| 05/31/2006 | | Case no longer referred to Magistrate Judge Joyce London Alexander. Case is hereby returned to Judge Richard G. Stearns. (Lovett, Jarrett) (Entered: 06/02/2006) |
| 06/13/2006 | 21 | OBJECTION to 20 Report and Recommendations filed by Nancy J. Netto. (Maidman, Stephen) (Entered: 06/13/2006) |
| 06/13/2006 | 22 | Objection to 19 Order on Motion for Miscellaneous Relief by Nancy J. Netto *Petitioner's Objections to Magistrate Judge's Order Denying Petitioner's Motion for Leave to Conduct Discovery.* (Maidman, Stephen) (Entered: 06/13/2006) |
| 07/05/2006 | 23 | Judge Richard G. Stearns : ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 20 Report and Recommendations Action on motion: dismissed(Flaherty, Elaine) (Entered: 07/05/2006) |
| 07/06/2006 | 24 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 07/06/2006) |
| 07/30/2006 | 25 | NOTICE OF APPEAL as to 23 Order Adopting Report and Recommendations, 24 Order by Nancy J. Netto. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/21/2006. (Maidman, Stephen) (Entered: 07/30/2006) |
| 07/30/2006 | 26 | MOTION for Leave to Appeal in forma pauperis by Nancy J. Netto. (Attachments: # 1 Exhibit Petitioner's MA DOC Inmate Transaction Report 01/13/2006 - 07/13/2006)(Maidman, Stephen) (Entered: 07/30/2006) |
| 07/30/2006 | 27 | MOTION for Certificate of Appealability *Application for Certificate of Appealability Pursuant to 28 U.S.C. Section 2253* by Nancy J. Netto.(Maidman, Stephen) (Entered: 07/30/2006) |
| 07/30/2006 | 28 | MEMORANDUM OF LAW by Nancy J. Netto to 27 MOTION for Certificate of Appealability *Application for Certificate of Appealability Pursuant to 28 U.S.C. Section 2253.* (Maidman, Stephen) (Entered: |

|  |  |  | 07/30/2006) |
| --- | --- | --- | --- |
| 08/30/2006 |  | 🌐 | Judge Richard G. Stearns : Electronic ORDER entered granting 26 Motion for Leave to Appeal in forma pauperis, denying 27 Motion for Certificate of Appealability forwarded to Court of Appeals. (Flaherty, Elaine) (Entered: 08/30/2006) |